1060

No. 98–6836. BROWN v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 98–6853. HERNANDEZ-CASTILLO v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 98–6855. GONZALEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 98–6857. ZENONE ET AL. v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 98–6861. TAYLOR v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 98–6863. CLARK v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 98–366. MCKUNE, WARDEN, ET AL. v. STELTZLEN. Ct. App. Kan. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 98–367. HANNIGAN, WARDEN, ET AL. v. STANSBURY; and SIMMONS, SECRETARY OF CORRECTIONS, ET AL. v. BANKES. Sup. Ct. Kan. Motion of respondent Raymond F. Stansbury for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 98–636. SILBERSTEIN ET AL. v. ZWAAN. C. A. 3d Cir. Motion of petitioners to defer consideration of petition for writ of certiorari denied. Certiorari denied.